IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**CHRISTOPHER LYNN BATSON**
**ADC #98149**                                                                            **PETITIONER**

v.                                    **No. 5:16-cv-172-DPM**

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**                             **RESPONDENT**

### ORDER

1. Batson's motion for clarification—which is essentially a motion for copies—is granted. № 13. The Court directs the Clerk to send Batson copies of Respondent's Exhibits B and C. № 6-2 & 6-3.

2. Motion for extension of time, № 14, denied as moot. Batson voluntarily dismissed his petition earlier this year so he could ask the United States Court of Appeals for the Eighth Circuit for permission to file a successive petition. № 8. This case is therefore closed.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

13 December 2016